[No. 29549-7-I. Division One. August 3, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY SPISAK, *Appellant.*

By an order of the Court of Appeals dated August 20, 1993, the opinion in the above captioned case, which appears in the advance sheets at 66 Wn. App. 813-24, has been withdrawn. See 69 Wn. App. 1024.